| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WOODLOCK, DOUGLAS P | 2. Court or Organization DISTRICT OF MASSACHUSETTS | 3. Date of Report 4/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE U. S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address United States Courthouse Suite 4110, 1 Courthouse Way Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Member, Board of Advisers | The Petra Foundation (501(c)(3)) |
| 3. Trustee | First Circuit History Society (501(c)(3)) |
| 4. Executor | Estate No. 2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODLOCK, DOUGLAS P | 4/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Foundation, Inc. | June 26-29, New Haven, CT - Colloquium on Thucydides (Transportation, Housing, Food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODLOCK, DOUGLAS P | 4/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | –– | –– | | | | | |
| 1. 1.Liquidated 2001 | | | | | | | | | |
| 2. 2.Liquidated 2001 | | | | | | | | | |
| 3. 3.Fidelity Cash Reserves (Money Market Account) | A | Dividend | J | T | | | | | |
| 4. 4.Merrill Lynch-CMA Tax Exempt Fund (Money Market Account) | A | Dividend | K | T | | | | | |
| 5. 5.Condo, Newry, ME | D | Rent | M | S | | | | | |
| 6. 6.Liquidated 2000 | | | | | | | | | |
| 7. 7.Liquidated 1995 | | | | | | | | | |
| 8. 8.Liquidated 1993 | | | | | | | | | |
| 9. 9.Liquidated 2002 | | | | | | | | | |
| 10. 10.Liquidated 1993 | | | | | | | | | |
| 11. 11.Sharlo-Elm Ltd. Partnership (R.E.) Peabody, MA | A | Interest | K | W | | | | | |
| 12. 12.Liquidated 1995 | | | | | | | | | |
| 13. 13.Fidelity Ginnie Mae Portfolio | A | Dividend | J | T | | | | | |
| 14. 14.Fidelity Independence Fund | A | Dividend | K | T | | | | | |
| 15. 15.Fidelity Growth Company Fund | A | Dividend | M | T | Buy | 4/11 | J | | |
| 16. 16.Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 17. 17.Liquidated 1995 | | | | | | | | | |
| 18. 18.Liquidated 1995 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P | 4/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. 19.Fidelity Convertible Securities Fund | B | Dividend | L | T | | | | | |
| 20. 20.Liquidated 1999 | | | | | | | | | |
| 21. 21.T.Rowe Price Small Cap | A | Dividend | K | T | | | | | |
| 22. 22.Liquidated 1998 | | | | | | | | | |
| 23. 23.Putnam Global Natural Resources, Cl.A | A | Dividend | K | T | | | | | |
| 24. 24.Putnam Global Growth Equity, Cl.A | A | Dividend | K | T | | | | | |
| 25. 25.Liquidated 1998 | | | | | | | | | |
| 26. 26.First Nat'l Bank of Ipswich, MA (Check Acct) | A | Interest | J | T | | | | | |
| 27. 27.Liquidated 1998 | | | | | | | | | |
| 28. 28.Liquidated 1998 | | | | | | | | | |
| 29. 29.Liquidated 1998 | | | | | | | | | |
| 30. 30.Liquidated 1995 | | | | | | | | | |
| 31. 31.Liquidated 1999 | | | | | | | | | |
| 32. 32.Liquidated 1999 | | | | | | | | | |
| 33. 33.Liquidated 1996 | | | | | | | | | |
| 34. 34.Liquidated 1996 | | | | | | | | | |
| 35. 35.Scudder Growth Fund, Cl.A | | None | K | T | | | | | |
| 36. 36.Liquidated 2002 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. 37.Oppenheimer Quest Capital Value Fund, C1.A | A | Dividend | L | --T | | | | | |
| 38. 38.No longer reportable 2002 | | | | | | | | | |
| 39. 39.No longer reportable 2002 | | | | | | | | | |
| 40. 40.No longer reportable 2002. | | | | | | | | | |
| 41. 41.No longer reportable 2002. | | | | | | | | | |
| 42. 42.Fidelity Stock Selector | A | Dividend | K | T | | | | | |
| 43. 43.Trust No. 1 | E | Distribution | P1 | T | | | | | |
| 44. 44.No longer reportable 2002 | | | | | | | | | |
| 45. 45.Liquidated 1996 | | | | | | | | | |
| 46. 46.Liquidated 2001 | | | | | | | | | |
| 47. 47.Liquidated 2000 | | | | | | | | | |
| 48. 48.Merrill Lynch Dragon Fund, C1.D | A | Dividend | K | T | | | | | |
| 49. 49.Davis New York Venture Fund, C1.A | B | Dividend | N | T | | | | | |
| 50. 50.Central Securities Corp. | A | Dividend | K | T | | | | | |
| 51. 51.T.Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | | | | | |
| 52. 52.Franklin Small Mid-Cap Growth Fund, C1.A | A | Dividend | M | T | | | | | |
| 53. 53.Janus Investment Worldwide Fund | | None | L | T | Part Sale | 9/15 | K | | |
| 54. 54.Nantucket MBIA 7/15/17 (Bonds) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODLOCK, DOUGLAS P | 4/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. 55.Liquidated 1998 | | | | -- | | | | | |
| 56. 56.Liquidated 1999 | | | | | | | | | |
| 57. 57.Liquidated 1999 | | | | | | | | | |
| 58. 58.Liquidated 1999 | | | | | | | | | |
| 59. 59.Liquidated 1999 | | | | | | | | | |
| 60. 60.Liquidated 1999 | | | | | | | | | |
| 61. 61.Liquidated 1998 | | | | | | | | | |
| 62. 62.Liquidated 1998 | | | | | | | | | |
| 63. 63.Liquidated 2000 | | | | | | | | | |
| 64. 64.Liquidated 2000 | | | | | | | | | |
| 65. 65.General Electric-Common | C | Dividend | M | T | | | | | |
| 66. 66.Liquidated 2000 | | | | | | | | | |
| 67. 67.High Yield Income Fund | B | Dividend | K | T | | | | | |
| 68. 68.Scudder High Income Fund | B | Dividend | K | T | | | | | |
| 69. 69.Liquidated 2000 | | | | | | | | | |
| 70. 70.TCW Convertible Securities Fund | A | Dividend | J | T | | | | | |
| 71. 71.DNP Select Income Fund | A | Dividend | J | T | | | | | |
| 72. 72.Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. 73. Vanguard Long-Term Treasury Fund | C | Dividend | L | --T | | | | | |
| 74. 74. Vanguard Long-Term Corporate Fund | C | Dividend | L | T | | | | | |
| 75. 75. Vanguard Life Strategy Income Fund | D | Dividend | M | T | | | | | |
| 76. 76. Liquidated 2000 | | | | | | | | | |
| 77. 77. Mass. St. Turnpike Authority 1/1/13 (Bonds) | B | Interest | K | T | | | | | |
| 78. 78. Fremont U.S. Micro-Cap Fund | A | Dividend | K | T | | | | | |
| 79. 79. Putnam Int'l Capital Opportunities Fund(name change 4/03) | B | Dividend | L | T | | | | | |
| 80. 80. Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 81. 81. Vanguard Value Index Fund | B | Dividend | L | T | | | | | |
| 82. 82. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 83. 83. Vanguard Intermediate-Term Bond Index Fund | D | Dividend | L | T | | | | | |
| 84. 84. Vanguard Short Term Bond Index Fund | C | Dividend | L | T | | | | | |
| 85. 85. Vanguard Treasury Money Market Fund | A | Dividend | L | T | | | | | |
| 86. 86. Liquidated 2001 | | | | | | | | | |
| 87. 87. Liquidated 2001 | | | | | | | | | |
| 88. 88. Liquidated 2000 | | | | | | | | | |
| 89. 89. Van Kampen Mass VIMT | C | Dividend | L | T | | | | | |
| 90. 90. AIM Premier Equity CI.B | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. 91. Van Kampen Emerging Growth Fund, C1.B | | None | K | --T | | | | | |
| 92. 92. Merrill Lynch Fundamental Growth Fund, C1.B | | None | K | T | | | | | |
| 93. 93. Liquidated 2001 | | | | | | | | | |
| 94. 94. RS Emerging Growth Fund | | None | L | T | | | | | |
| 95. 95. FidelityAdvisor High Inc. Advantage C1.T | C | Dividend | L | T | | | | | |
| 96. 96. Sequoia Fund | B | Dividend | N | T | | | | | |
| 97. 97. Franklin Strategic Small Cap Growth FD II, C1.B | | None | K | T | Buy | 8/29 | J | | |
| 98. 98. T. Rowe Price Mid-Cap Value Fund | B | Dividend | K | T | Buy | 8/29 | J | | |
| 99. 99. NASDAQ-100 Trust Series I | A | Dividend | K | T | Buy | 8/29 | J | | |
| 100. 100. Evergreen Money Market C1.A | A | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part I and Part VII:

A. Trust No. 1 (Part I, Item 1; Part VII, Item 43) is a revocable trust which does not appear to meet the definition of an Aggregate Ownership Arrangement. The corpus of this trust consists of assets fully disclosed within Part VII, where the income and value of the holdings are separately reported as part of the individual identification of those assets. Thus, the report of income and value provided for this Trust constitues duplicate reporting of the income and value of the assets.

B. Estate No. 2 (Part I, Item 4) was distributed to me in 2002 as sole beneficiary and the assets are identified within Part VII. The First and Final Account for the estate was allowed on February 23, 2003 and consequently my responsibilities as Executor of this Estate have been completed.

Part VII, Item 5: Appraisal in reliance on real estate taxable basis of $133,800, which is presented by town tax authorities as 100% valuation.

Part VII, Item 11: An agreement in principle to sell the assets of this partnership to Zealand Management, LLC was reached in 2003; the closing awaits regulatory approval.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date April 13, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544